**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1350**

---

BENJAMIN GATTI,

                                    Plaintiff - Appellant,

          versus

VILLAGE OF LAKE PARK, a North Carolina
Municipality,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:04-cv-00285)

---

Submitted:  October 18, 2007        Decided:  October 22, 2007

---

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Benjamin Gatti, Appellant Pro Se.  Kenneth A. Swain, Monroe, North
Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Gatti appeals from the district court's order dismissing his complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gatti v. Village of Lake Park, No. 3:04-cv-00285 (W.D.N.C. filed Mar. 28; entered Mar. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED